



Please use seal closest to edge first.

**New paks are only for FedEx Express® shipments.**
You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide or the conditions of carriage for complete terms, conditions and limits of liability.

© 2020 FedEx 139380 REV 11/20

Please reuse; then recycle. See how we're connecting the world in responsible and resourceful ways at **sustainability.fedex.com**. Recycling options may vary by location.

LDPE  HDPE

99139380