## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ALFRED P. REAUD,

      Plaintiff(s),

v.

FACEBOOK, INC., a Delaware corporation.

      Defendant(s).

---

### Exhibit 3
### Facebook Community Standards

---

Copied from https://www.oversightboard.com/appeal/570273484611184/edit/

On Thu 12 Jan 2023 20:08:40 MST, pertaining to Facebook Appeal FB-AZ0US1WU.

List formatting done by Plaintiff Reaud for clarity.

-------------------------------------------------

Do not post:

1. Imagery of real nude adults, if it depicts:

    a. Visible genitalia except in the context of birth giving and after-birth moments or if there is medical or health context situations (for example, gender confirmation surgery, examination for cancer or

disease prevention/assessment).

b. Visible anus and/or fully nude close-ups of buttocks unless photoshopped on a public figure.

c. Uncovered female nipples except in the context of breastfeeding, birth giving and after-birth moments, medical or health context (for example, post-mastectomy, breast cancer awareness or gender confirmation surgery) or an act of protest.

2. Imagery of sexual activity, including:

a. Explicit sexual activity and stimulation

b. Explicit sexual intercourse or oral sex, defined as mouth or genitals entering or in contact with another person's genitals or anus, where at least one person's genitals are nude.

c. Explicit stimulation of genitalia or anus, defined as stimulating genitalia or anus or inserting objects, including sex toys, into genitalia or anus, where the contact with the genitalia or anus is directly visible.

3. Implied sexual activity and stimulation, except in cases of medical or health context, advertisements, and recognized fictional images or with indicators of fiction:

    a. Implied sexual intercourse or oral sex, defined as mouth or genitals entering or in contact with another person's genitals or anus, when the genitalia and/or the activity or contact is not directly visible

    b. Implied stimulation of genitalia or anus, defined as stimulating genitalia or anus or inserting objects, including sex toys, into or above genitalia or anus, when the genitalia and/or the activity or contact is not directly visible.

4. Other activities, except in cases of medical or health context, advertisements, and recognized fictional images or with indicators of fiction, including but not limited to:

    a. Erections

    b. Presence of by-products of sexual activity.

    c. Sex toys placed upon or inserted into mouth.

    d. Stimulation of naked human nipples.

    e. Squeezing female breasts, defined as a grabbing motion with curved fingers that shows both marks and clear shape change of the breasts. We allow squeezing in breastfeeding contexts.

5. Fetish content that involves:

    a. Acts that are likely to lead to the death of a person or animal.

    b. Dismemberment.

    c. Cannibalism.

    d. Feces, urine, spit, snot, menstruation or vomit.

6. Bestiality.

7. Adult sexual activity in digital art, except when posted in an educational or scientific context, or when it meets one of the criteria below and shown only to individuals 18 years and older.

8. Extended audio of sexual activity

9. For the following content, we include a label so that people are aware the content may be sensitive:

    a. Imagery of visible adult male and female genitalia, fully nude close-ups of buttocks or anus, or implied/other sexual activity, when shared in medical or health context which can include, for example:

        i. Birth-giving and after-birth giving moments, including both natural vaginal delivery and caesarean section

        ii. Gender confirmation surgery

        iii. Genitalia self-examination for cancer or disease prevention/assessment

10. We only show this content to individuals 18 and older:

    a. Real world art that depicts implied or explicit sexual activity.

    b. Imagery depicting bestiality in real-world art provided it is shared neutrally or in condemnation and the people or animals depicted

are not real.

c.   Implied adult sexual activity in advertisements, recognized fictional images or with indicators of fiction.

d.   Adult sexual activity in digital art, where:

    i.   The sexual activity (intercourse or other sexual activities) isn't explicit and not part of the above specified fetish content.

    ii.   The content was posted in a satirical or humorous context.

    iii.   Only body shapes or contours are visible.

Plaintiff Reaud certifies that this is a true and correct copy of the full Facebook Community Standards as received by Reaud from Defendant Facebook from the link and at the time referenced above.

Alfred P. Reaud, pro se
365 N Lincoln Avenue
Loveland, CO 80537-5654
Telephone: (970) 541-9950
E-mail: alreaud@gmail.com