IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ALFRED P. REAUD,

    Plaintiff(s),

v.

FACEBOOK, INC., a Delaware corporation.

    Defendant(s).

## Exhibit 4
## Pornographic Advertisement Report Screenshot Index

Plaintiff Reaud tenders his index of reports sent to Defendant Facebook relating to pornographic ads received from Defendant Facebook as Exhibit 4. These pertain to the time from December 28, 2021 through January 12, 2023. The count of such reports is sixty-three (63). This list does not list all reports to Facebook of pornographic ads, as some were lost or not captured. Files are named "**Screenshot from {date} {time}.png**" pertaining to the screen capture time and date. Asterisks indicate the top of the report. These images are included in Exhibit 1, "Screenshot USB", attached to this claim.

| File Name | Size | Classification (Top/Bottom) | Ad Reported |
|---|---|---|---|
| FB Sponsor Sec Captures | 20480 | Folder, Unclassified Reported Ads, | |
| Screenshot from 2021-12-28 13-34-34_Combined.png | 156553 | Report * | Screenshot from 2021-12-17 09-27-28.png |
| Screenshot from 2021-12-28 13-35-08.png | 69287 | Report * | Screenshot from 2021-12-28 13-34-34.png |
| Screenshot from 2021-12-28 18-18-36.png | 62795 | Report * | Screenshot from 2021-12-28 18-18-07.png |

| Filename | Size | Type | Description |
|---|---|---|---|
| Screenshot from 2021-12-29 18-35-34.png | 66166 | Report * | Screenshot from 2021-12-29 18-35-00.png |
| Screenshot from 2022-01-07 18-41-50.png | 56875 | Report * | Screenshot from 2022-01-07 18-41-20.png |
| Screenshot from 2022-01-25 18-04-32.png | 65900 | Report * | Screenshot from 2022-01-25 18-04-10.png |
| Screenshot from 2022-09-13 11-25-38.png | 81970 | Report * | Screenshot from 2022-09-13 11-23-34.png |
| Screenshot from 2022-09-13 11-25-58.png | 89696 | Report | Screenshot from 2022-09-13 11-23-34.png |
| Screenshot from 2022-09-13 14-26-35.png | 108756 | Report * | Screenshot from 2022-09-13 14-23-50.png |
| Screenshot from 2022-09-27 12-16-23.png | 151045 | Report * | Screenshot from 2022-09-27 12-11-34.png |
| Screenshot from 2022-09-27 12-17-53.png | 145688 | Report | Screenshot from 2022-09-27 12-11-34.png |
| Screenshot from 2022-09-28 11-14-04.png | 160205 | Report * | Screenshot from 2022-09-28 11-08-54.png |
| Screenshot from 2022-09-28 11-14-55.png | 163431 | Report | Screenshot from 2022-09-28 11-08-54.png |
| Screenshot from 2022-10-18 10-14-52.png | 68649 | Report * | General Warning |
| Screenshot from 2022-10-18 10-15-54.png | 76033 | Report | General Warning |
| Screenshot from 2022-10-18 10-16-22.png | 67323 | Report | General Warning |
| Screenshot from 2022-11-02 19-53-41.png | 101366 | Report * | Screenshot from 2022-11-02 19-41-59.png |
| Screenshot from 2022-11-04 20-08-23.png | 18338 | Report * | Not Logged. |
| Screenshot from 2022-11-04 20-41-17.png | 64571 | Report * | Screenshot from 2022-11-04 20-35-57.png |
| Screenshot from 2022-11-04 20-41-37.png | 78104 | Report | Screenshot from 2022-11-04 20-35-57.png |
| Screenshot from 2022-11-04 20-41-52.png | 69380 | Report | Screenshot from 2022-11-04 20-35-57.png |
| Screenshot from 2022-11-04 20-47-19.png | 214573 | Report * | Ad manipulation |
| Screenshot from 2022-11-04 20-47-39.png | 140994 | Report | Ad manipulation |
| Screenshot from 2022-11-08 13-00-47.png | 73395 | Report * | Screenshot from 2022-11-08 12-55-14.png |
| Screenshot from 2022-11-08 13-01-08.png | 74153 | Report | Screenshot from 2022-11-08 12-55-14.png |
| Screenshot from 2022-11-08 13-01-37.png | 71238 | Report | Screenshot from 2022-11-08 12-55-14.png |
| Screenshot from 2022-11-08 13-02-21.png | 75812 | Report | Confirmation |
| Screenshot from 2022-11-09 08-17-49.png | 67907 | Report * | Screenshot from 2022-11-09 08-10-20.png |
| Screenshot from 2022-11-09 08-18-09.png | 81432 | Report | Screenshot from 2022-11-09 08-10-20.png |
| Screenshot from 2022-11-09 08-18-28.png | 76545 | Report | Screenshot from 2022-11-09 08-10-20.png |
| Screenshot from 2022-11-09 08-39-05.png | 70410 | Report * | Screenshot from 2022-11-09 08-34-32.png |

| File | Size | Type | Source |
|---|---|---|---|
| Screenshot from 2022-11-09 08-51-28.png | 73624 | Report * | Screenshot from 2022-11-09 08-47-24.png |
| Screenshot from 2022-11-09 08-51-49.png | 73857 | Report | Screenshot from 2022-11-09 08-47-24.png |
| Screenshot from 2022-11-09 14-29-14.png | 78730 | Report * | Screenshot from 2022-11-09 14-25-30.png |
| Screenshot from 2022-11-09 14-29-37.png | 76000 | Report | Screenshot from 2022-11-09 14-25-30.png |
| Screenshot from 2022-11-09 14-47-14.png | 82464 | Report * | Screenshot from 2022-11-09 14-42-11.png |
| Screenshot from 2022-11-09 14-47-32.png | 72701 | Report | Screenshot from 2022-11-09 14-42-11.png |
| Screenshot from 2022-11-09 14-47-51.png | 67916 | Report | Screenshot from 2022-11-09 14-42-11.png |
| Screenshot from 2022-11-09 14-54-08.png | 78971 | Report * | Screenshot from 2022-11-09 14-48-37.png |
| Screenshot from 2022-11-09 14-54-26.png | 80739 | Report | Screenshot from 2022-11-09 14-48-37.png |
| Screenshot from 2022-11-09 14-54-50.png | 70781 | Report | Screenshot from 2022-11-09 14-48-37.png |
| Screenshot from 2022-11-09 14-55-10.png | 66142 | Report | Screenshot from 2022-11-09 14-48-37.png |
| Screenshot from 2022-11-09 15-03-48.png | 77945 | Report * | Screenshot from 2022-11-09 14-57-40.png |
| Screenshot from 2022-11-09 15-04-10.png | 78930 | Report | Screenshot from 2022-11-09 14-57-40.png |
| Screenshot from 2022-11-09 15-04-31.png | 73071 | Report | Screenshot from 2022-11-09 14-57-40.png |
| Screenshot from 2022-11-09 15-14-53.png | 82050 | Report * | Screenshot from 2022-11-09 15-12-33.png |
| Screenshot from 2022-11-09 15-15-18.png | 71482 | Report | Screenshot from 2022-11-09 15-12-33.png |
| Screenshot from 2022-11-09 15-18-24.png | 75882 | Report * | Screenshot from 2022-11-09 15-15-44.png |
| Screenshot from 2022-11-09 15-18-48.png | 79594 | Report | Screenshot from 2022-11-09 15-15-44.png |
| Screenshot from 2022-11-09 15-28-33.png | 75287 | Report * | Screenshot from 2022-11-09 15-25-55.png |
| Screenshot from 2022-11-21 09-46-23.png | 66925 | Report * | Screenshot from 2022-11-21 09-38-43.png |
| Screenshot from 2022-11-21 09-46-45.png | 77459 | Report | Screenshot from 2022-11-21 09-38-43.png |
| Screenshot from 2022-11-21 09-47-23.png | 70151 | Report | Screenshot from 2022-11-21 09-38-43.png |
| Screenshot from 2022-11-21 09-51-45.png | 73111 | Report * | Screenshot from 2022-11-21 09-49-37.png |
| Screenshot from 2022-11-21 09-53-21.png | 75841 | Report * | Screenshot from 2022-11-21 09-52-29.png |
| Screenshot from 2022-11-21 10-06-09.png | 71380 | Report | Screenshot from 2022-11-21 09-52-29.png |
| Screenshot from 2022-11-24 08-53-20.png | 67970 | Report * | Screenshot from 2022-11-24 08-51-13.png |
| Screenshot from 2022-11-27 10-54-56.png | 72972 | Report * | Screenshot from 2022-11-27 10-45-48.png |
| Screenshot from 2022-11-27 10-55-24.png | 70252 | Report | Screenshot from 2022-11-27 10-45-48.png |

| File | Size | Type | Screenshot Reference |
|---|---|---|---|
| Screenshot from 2022-11-27 10-56-00.png | 76256 | Report | Screenshot from 2022-11-27 10-45-48.png |
| Screenshot from 2022-12-05 09-19-03.png | 75205 | Report * | Screenshot from 2022-12-05 09-13-17.png |
| Screenshot from 2022-12-05 09-19-24.png | 74973 | Report | Screenshot from 2022-12-05 09-13-17.png |
| Screenshot from 2022-12-05 09-19-47.png | 84169 | Report | Screenshot from 2022-12-05 09-13-17.png |
| Screenshot from 2022-12-05 09-20-01.png | 76802 | Report | Screenshot from 2022-12-05 09-13-17.png |
| Screenshot from 2022-12-05 09-47-37.png | 181225 | Report * | Screenshot from 2022-12-05 09-45-14.png |
| Screenshot from 2022-12-05 09-49-42.png | 283667 | Support Team Report * | Screenshot from 2022-12-05 09-20-01.png |
| Screenshot from 2022-12-05 10-00-05.png | 234788 | Support Team Report | Screenshot from 2022-12-05 09-20-01.png |
| Screenshot from 2022-12-23 20-08-59.png | 18836 | Report * | Ad not documented. |
| Screenshot from 2022-12-25 11-26-42.png | 81061 | Report * | Screenshot from 2022-12-25 11-22-56.png |
| Screenshot from 2022-12-25 11-27-32.png | 76868 | Report | Screenshot from 2022-12-25 11-22-56.png |
| Screenshot from 2022-12-25 11-28-02.png | 74100 | Report | Screenshot from 2022-12-25 11-22-56.png |
| Screenshot from 2022-12-30 09-32-12.png | 77904 | Report * | Screenshot from 2022-12-30 09-30-39.png |
| Screenshot from 2022-12-30 09-32-43.png | 73113 | Report | Screenshot from 2022-12-30 09-30-39.png |
| Screenshot from 2022-12-30 09-33-04.png | 73893 | Report | Screenshot from 2022-12-30 09-30-39.png |
| Screenshot from 2022-12-30 09-36-32.png | 75445 | Report | Screenshot from 2022-12-30 09-30-39.png |
| Screenshot from 2022-12-30 09-41-09.png | 80670 | Unhinged Report * | Screenshot from 2022-12-30 09-37-33.png |
| Screenshot from 2022-12-30 09-41-27.png | 78060 | Unhinged Report | Screenshot from 2022-12-30 09-37-33.png |
| Screenshot from 2022-12-31 22-57-10.png | 65505 | Unhinged Report * | Screenshot from 2022-12-31 22-54-53.png |
| Screenshot from 2023-01-03 20-04-41.png | 83433 | Unhinged Report * | Screenshot from 2023-01-03 19-58-18.png |
| Screenshot from 2023-01-03 20-05-02.png | 78008 | Unhinged Report | Screenshot from 2023-01-03 20-04-41.png |
| Screenshot from 2023-01-03 20-05-20.png | 78951 | Unhinged Report | Screenshot from 2023-01-03 20-04-41.png |
| Screenshot from 2023-01-03 21-00-43.png | 73690 | Unhinged Report * | Screenshot from 2023-01-03 20-58-22.png |
| Screenshot from 2023-01-03 21-01-04.png | 71381 | Unhinged Report | Screenshot from 2023-01-03 20-58-22.png |
| Screenshot from 2023-01-04 08-38-15.png | 86370 | Report * Notice to Facebook re blocking. | Called officer at Loveland Police Department, but they don't handle this. |
| Screenshot from 2023-01-04 08-51-07.png | 61770 | Unhinged Report * | Screenshot from 2023-01-04 08-49-51.png |
| Screenshot from 2023-01-04 08-58-35.png | 74134 | Unhinged Report * | Screenshot from 2023-01-04 08-56-30.png |

| Screenshot | Size | Type | Related Screenshot |
|---|---|---|---|
| Screenshot from 2023-01-04 09-55-07.png | 71321 | Report * re offensive ads and blocks. | Something went wrong link. |
| Screenshot from 2023-01-04 09-55-25.png | 64128 | Report re offensive ads and blocks. | |
| Screenshot from 2023-01-04 10-14-23.png | 70996 | Report * re offensive ads and blocks. | Something went wrong link. |
| Screenshot from 2023-01-04 10-15-05.png | 68855 | Report re offensive ads and blocks. | |
| Screenshot from 2023-01-05 16-42-37.png | 73631 | Unhinged Report * | Screenshot from 2023-01-05 16-38-15.png |
| Screenshot from 2023-01-05 16-42-55.png | 74596 | Unhinged Report | Screenshot from 2023-01-05 16-38-15.png |
| Screenshot from 2023-01-05 17-03-59.png | 75489 | Unhinged Report * | Screenshot from 2023-01-05 17-01-12.png |
| Screenshot from 2023-01-05 17-04-16.png | 65752 | Unhinged Report | Screenshot from 2023-01-05 17-01-12.png |
| Screenshot from 2023-01-05 17-43-09.png | 68126 | Report * | Screenshot from 2023-01-05 17-40-13.png |
| Screenshot from 2023-01-05 17-48-30.png | 335266 | Unhinged Report * | Screenshot from 2023-01-05 18-18-00.png |
| Screenshot from 2023-01-05 18-34-48.png | 97531 | Report * | Screenshot from 2023-01-05 18-31-49.png |
| Screenshot from 2023-01-05 18-35-39.png | 97789 | Report | Screenshot from 2023-01-05 18-31-49.png |
| Screenshot from 2023-01-05 18-38-07.png | 90653 | Unhinged Report * | Screenshot from 2023-01-05 18-36-09.png |
| Screenshot from 2023-01-05 18-38-42.png | 95949 | Unhinged Report | Screenshot from 2023-01-05 18-36-09.png |
| Screenshot from 2023-01-05 18-40-33.png | 91670 | Report * | Screenshot from 2023-01-05 18-39-32.png |
| Screenshot from 2023-01-07 09-37-14.png | 67721 | Report * | Warning to Facebook |
| Screenshot from 2023-01-07 09-37-40.png | 80254 | Report | Warning to Facebook |
| Screenshot from 2023-01-07 09-38-41.png | 71752 | Report | Warning to Facebook |
| Screenshot from 2023-01-12 15-26-59.png | 71588 | Report * | Screenshot from 2023-01-12 15-24-57.png |
| Screenshot from 2023-01-12 15-27-12.png | 71595 | Report | Screenshot from 2023-01-12 15-24-57.png |
| Screenshot from 2023-01-12 15-53-35.png | 75013 | Report * | Screenshot from 2023-01-12 15-52-13.png |
| Screenshot from 2023-01-12 15-53-57.png | 68970 | Report | Screenshot from 2023-01-12 15-52-13.png |
| Screenshot from 2023-01-12 16-10-05.png | 72365 | Report * | Screenshot from 2023-01-12 16-08-26.png |
| Screenshot from 2023-01-12 16-10-22.png | 67025 | Report | Screenshot from 2023-01-12 16-08-26.png |
| Screenshot from 2023-01-12 16-22-48.png | 71780 | Report * | Screenshot from 2023-01-12 16-20-30.png |
| Screenshot from 2023-01-12 16-23-03.png | 73158 | Report | Screenshot from 2023-01-12 16-20-30.png |

| | | | |
|---|---|---|---|
| Screenshot from 2023-01-12 16-34-40.png | 71340 | Report * | Screenshot from 2023-01-12 16-32-12.png |
| Screenshot from 2023-01-12 16-34-58.png | 69898 | Report | Screenshot from 2023-01-12 16-32-12.png |
| Screenshot from 2023-01-12 20-56-22.png | 73232 | Report * | Screenshot from 2023-01-12 20-52-53.png |
| Screenshot from 2023-01-12 20-57-01.png | 71417 | Report | Screenshot from 2023-01-12 20-52-53.png |
| Screenshot from 2023-01-12 21-43-37.png | 140117 | Report * | Screenshot from 2023-01-12 21-38-56.png |

*/s/ Alfred P. Reaud*

**Alfred P. Reaud, pro se**
365 N Lincoln Avenue
Loveland, CO 80537-5654
Telephone: (970) 541-9950
E-mail: al@alreaud.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ALFRED P. REAUD,

      Plaintiff(s),

v.

FACEBOOK, INC., a Delaware corporation.

      Defendant(s).

---

## Exhibit 5
## Facebook Denver Server Identification

---

Plaintiff Reaud tenders his forensic identification of the Defendant Facebook server as Exhibit 5. Reaud alleges this is the Facebook server sending Reaud unwanted and offensive pornographic ads as identified in this claim.

1. Coding copied from Reaud's Facebook feed page for pornographic advertisement captured in image "Screenshot from 2023-01-12 21-07-15.png"

   ```
   <img alt="" class="x1lq5wgf xgqcy7u x30kzoy x9jhf4c x1lliihq x193iq5w x4zw9a1" referrerpolicy="origin-when-cross-origin" src="https://scontent-den4-1.xx.fbcdn.net/v/t45.5328-4/324724537_8678395665568512_5271947931699384965_n.jpg?stp=dst-jpg_fr_q65&amp;_nc_cat=106&amp;ccb=1-7&amp;_nc_sid=c48759&amp;_nc_ohc=25Y0uLrJHaEAX98Asgj&amp;_nc_ht=scontent-den4-1.xx&amp;oh=00_AfB4Bc50dhqPOE_xFxv9zit_aTNUPhEQBqv6MrP_rQ8tbA&amp;oe=63C5245E">
   ```

2. Traceroute resolution to final IP address.

      26   157.240.28.16 (xx-fbcdn-shv-01-den4.fbcdn.net)   55.564ms

Page 1 of 5

      55.542ms  55.508ms

3.    WHOIS information.

    *<redacted>@ip-172-31-15-4{04:12}~$ whois 157.240.28.16*

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/resources/registry/whois/tou/
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/resources/registry/whois/inaccuracy_reporting/
#
# Copyright 1997-2023, American Registry for Internet Numbers, Ltd.
#


NetRange:       157.240.0.0 - 157.240.255.255
CIDR:           157.240.0.0/16
NetName:        THEFA-3
NetHandle:      NET-157-240-0-0-1
Parent:         NET157 (NET-157-0-0-0-0)
NetType:        Direct Allocation
OriginAS:
Organization:   Facebook, Inc. (THEFA-3)
RegDate:        2015-05-14
Updated:        2021-12-14
Ref:            https://rdap.arin.net/registry/ip/157.240.0.0



OrgName:        Facebook, Inc.
OrgId:          THEFA-3
Address:        1601 Willow Rd.
City:           Menlo Park
StateProv:      CA
PostalCode:     94025
Country:        US
RegDate:        2004-08-11
Updated:        2012-04-17
Ref:            https://rdap.arin.net/registry/entity/THEFA-3


OrgTechHandle: OPERA82-ARIN
OrgTechName:   Operations
OrgTechPhone:  +1-650-543-4800
```

OrgTechEmail:  domain@facebook.com
OrgTechRef:    https://rdap.arin.net/registry/entity/OPERA82-ARIN

OrgAbuseHandle: OPERA82-ARIN
OrgAbuseName:   Operations
OrgAbusePhone:  +1-650-543-4800
OrgAbuseEmail:  domain@facebook.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/OPERA82-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/resources/registry/whois/tou/
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/resources/registry/whois/inaccuracy_reporting/
#
# Copyright 1997-2023, American Registry for Internet Numbers, Ltd.
#

4.  Dig address verification and mapping

*<redacted>@ip-172-31-15-4{04:15}~$ dig -x 157.240.28.16*

; <<>> DiG 9.18.1-1ubuntu1.2-Ubuntu <<>> -x 157.240.28.16
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 41136
;; flags: qr rd ra; QUERY: 1, ANSWER: 1, AUTHORITY: 0, ADDITIONAL: 1

;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 65494
;; QUESTION SECTION:
;16.28.240.157.in-addr.arpa.     IN      PTR

;; ANSWER SECTION:
16.28.240.157.in-addr.arpa. 300 IN      PTR     xx-fbcdn-shv-01-den4.fbcdn.net.

;; Query time: 3 msec
;; SERVER: 127.0.0.53#53(127.0.0.53) (UDP)
;; WHEN: Fri Jan 13 04:23:49  2023
;; MSG SIZE  rcvd: 99

*<redacted>@ip-172-31-15-4{04:23}~$ dig scontent-den4-1.xx.fbcdn.net*

```
; <<>> DiG 9.18.1-1ubuntu1.2-Ubuntu <<>> scontent-den4-1.xx.fbcdn.net
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 61603
;; flags: qr rd ra; QUERY: 1, ANSWER: 1, AUTHORITY: 0, ADDITIONAL: 1

;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 65494
;; QUESTION SECTION:
;scontent-den4-1.xx.fbcdn.net.    IN    A

;; ANSWER SECTION:
scontent-den4-1.xx.fbcdn.net. 300 IN    A    157.240.28.16

;; Query time: 0 msec
;; SERVER: 127.0.0.53#53(127.0.0.53) (UDP)
;; WHEN: Fri Jan 13 04:24:32 2023
;; MSG SIZE  rcvd: 73
```

5. IP to Geographic Coordinate translation via Maxmind geoiplookup script.

*~$ gipl 157.240.28.16*

```
[init]
db.0.path: /var/lib/GeoIP/GeoLite2-City.mmdb
db.0.status: OK
db.1.type: GeoLite2-City
db.1.path: /var/lib/GeoIP/GeoLite2-ASN.mmdb
db.1.status: OK
db.2.type: GeoLite2-ASN
mmdbresolve.status: true
# End init
[157.240.28.16]
# GeoLite2-City
country.iso_code: US
country.names.en: United States
city.names.en: Denver
location.latitude: 39.738800
location.longitude: -104.986800
location.accuracy_radius: 20
# GeoLite2-ASN
autonomous_system_organization: FACEBOOK
autonomous_system_number: 32934
# End 157.240.28.16
```

_____
**Alfred P. Reaud, pro se**
365 N Lincoln Avenue
Loveland, CO 80537-5654
Telephone: (970) 541-9950
E-mail: al@alreaud.net